AMIN WASSERMAN GURNANI, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
Richard L. Hyde, Bar No. 286023
Cole Kroshus, Bar No. 345790
515 South Flower St., 18th Floor
Los Angeles, CA  90071
Tel:     (213) 933-2330
Fax:    (312) 884-7352
wcole@awglaw.com
morr@awglaw.com
rhyde@awglaw.com
ckroshus@awglaw.com

Attorneys for Defendant Walmart Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEARL MAGPAYO, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., <br><br> Defendant. | Case No.: 3:24-cv-01350-WHO <br><br> **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING ON DEFENDANT'S MOTION TO DISMISS (ECF NO. 44) AND CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE** <br><br> Hon. William H. Orrick |

Plaintiff Pearl Magpayo ("Plaintiff") and Defendant Walmart Inc. ("Defendant," and collectively, the "Parties") hereby stipulate as follows:

**Whereas**, on November 19, 2024, Defendant filed a Motion to Dismiss Plaintiff's Second Amended Complaint (the "Motion") (ECF No. 44);

**Whereas**, the Motion is set for hearing on January 8, 2025;

**Whereas**, pursuant to local rule, Plaintiff's opposition to the Motion is currently due December 3, 2024;

**Whereas**, in light of the upcoming holidays as well as family commitments, Plaintiff's counsel seeks additional time to prepare and file an opposition to the Motion to Dismiss;

**Whereas**, the Parties agree that if Plaintiff is afforded additional time to oppose the Motion, Defendant should be afforded additional time to file a reply;

**Whereas**, the Court previously stayed discovery pending its hearing of Defendant's prior motion to dismiss the First Amended Complaint (see ECF No. 33);

**Whereas**, in the interests of economy, the Parties agree that discovery should continue to be delayed until the Court resolves the pending Motion;

**Whereas**, there is a Further Case Management Conference set for December 10, 2024, at 2:00 p.m.;

**Whereas**, the Parties believe that a Case Management Conference would be more productive following the Court's hearing of the pending Motion;

**Whereas**, the Parties believe that an adjustment may be needed to the presently set deadline for Plaintiff to file a motion for class certification, depending on when and how the pleadings are settled, but believe this can be raised in the Parties' joint case management statement in advance of the Further Case Management Conference;

Now, therefore, subject to the Court's approval, **IT IS HERBY STIPULATED** by and between the Parties as follows:

1. The time for Plaintiff's opposition to Defendant's Motion to Dismiss shall be continued to January 8, 2025;

2. Any reply to Plaintiff's opposition shall be due January 29, 2025;

1

STIPULATION AND [~~PROPOSED~~] ORDER RE: BRIEFING AND HEARING ON DEFENDANT'S MOTION TO DISMISS (ECF NO. 44) AND CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE

3. The hearing on the Motion to Dismiss shall be continued from January 8, 2025, to February 12, 2025, at 2:00 p.m.;

4. Discovery shall be stayed pending the Court's resolution of the Motion to Dismiss;

5. The Further Case Management Conference shall be continued from December 10, 2024, to February 25, 2025, at 2:00 p.m.

**IT IS SO STIPULATED.**

Dated: November 21, 2024                           **AMIN WASSERMAN GURNANI**

                                                   /s/ *William P. Cole*
                                                   William P. Cole

                                                   *Attorneys for Defendant Walmart Inc.*


Dated: November 21, 2024                           **TREEHOUSE LAW, LLP**

                                                   /s/ *Ruhandy Glezakos*
                                                   Ruhandy Glezakos (SBN 307473)

                                                   *Attorneys for Plaintiff Pearl Magpayo*

**ATTESTATION OF CONCURRENCE IN FILING**

I, William Cole, am the ECF User whose ID and password are being used to file the foregoing Stipulation. In compliance with Civil L.R. 5-1(h)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: November 21, 2024                 By: /s/ *William P. Cole*
                                         William P. Cole

# [~~PROPOSED~~] ORDER

PURSUANT TO JOINT STIPULATION, IT IS HEREBY ORDERED:

1. The time for Plaintiff's opposition to Defendant's Motion to Dismiss the Second Amended Complaint is continued to January 8, 2025;

2. Any reply to Plaintiff's opposition shall be due by January 29, 2025;

3. The hearing on the Motion to Dismiss is continued from January 8, 2025, to February 12, 2025, at 2:00 p.m.;

4. Discovery shall remain stayed until the Court's resolution of the Motion to Dismiss; and

5. The Further Case Management Conference is continued from December 10, 2024, to February 25, 2025, at 2:00 p.m. The Parties shall file a joint case management statement no later than one week before the conference.

Dated: November 25, 2024



HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [~~PROPOSED~~] ORDER RE: BRIEFING AND HEARING ON DEFENDANT'S MOTION TO DISMISS (ECF NO. 44) AND CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE