UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEARL MAGPAYO,

          Plaintiff,

    v.

WALMART INC.,

          Defendant.

Case No. 24-cv-01350-WHO

**JUDGMENT IN A CIVIL CASE**

       Pursuant to Order Granting Motion to Dismiss Second Amended Complaint with prejudice, judgment is accordingly entered.

Dated: March 10, 2025

                    Mark B. Busby, Clerk

                    By: Jean M. Davis, Deputy Clerk

United States District Court
Northern District of California